UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

M.W.T. Auto Sales LLC d/b/a
29TH STREET MOTORS,

    Plaintiff,

v.                                                 Case No: 8:24-cv-1071-CEH-CPT

MID-ATLANTIC FINANCE CO.,
INC. and CAR FINANCIAL
SERVICES, INC.,

    Defendants.
_____/

## **O R D E R**

    This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on November 14, 2025 (Doc. 45). In the Report and Recommendation, Magistrate Judge Tuite recommends that this Court grant Defendant Mid-Atlantic Finance Co., Inc.'s Renewed Motion to Determine Entitlement to Attorneys' Fees and Costs (Doc. 44). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 45) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant Mid-Atlantic's Renewed Motion to Determine Entitlement to Attorneys' Fees and Costs (Doc. 44) is **granted.** Defendant Mid-Atlantic is entitled to attorneys' fees and costs.

(3) Pursuant to M.D. Fla. Local Rule 7.01(c), within forty-five (45) days of the date of this order, Defendant Mid-Atlantic must file a motion supported by evidence requesting the precise monetary amount to which it believes it is entitled.

**DONE AND ORDERED** in Tampa, Florida on December 3, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record